

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2022

No. 04-21-00387-CV

Donald W. **TAYLOR**,
Appellant

v.

Clark **ASPY**, Madison Preston and Naman Howell Smith & Lee, PLL,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16670
Honorable N. Keith Williams, Judge Presiding

## O R D E R

After being granted several extensions, appellant's brief was due on July 25, 2022. On July 26, 2022, appellee filed a motion to dismiss for want of prosecution alleging appellant failed to file his brief. Appellant filed his brief with this court on July 25, 2022, at 9:07 p.m.

Appellee's motion to dismiss is DENIED and appellee's brief is due **no later than August 25, 2022.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court